**Order entered August 2, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01415-CR

**RUBEN ALEJANDRO GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MB14-63674-M**

## ORDER

On March 23, 2017, we ordered appellate counsel Rosalind Kelly to provide written verification that she had contacted court reporter Holly Swinford, requested the reporter's record, and either paid for or made arrangements to pay for the reporter's record. We cautioned Ms. Kelly that the failure to do so would result in the appeal being submitted without a reporter's record. When Ms. Kelly did not respond or otherwise communicate with the Court, we ordered the appeal submitted without a reporter's record and appellant's brief due on May 26, 2017.

By postcard dated May 30, 2017, we notified Ms. Kelly that the brief was past due and directed her to file appellant's brief and an extension motion within ten days. To date, the brief has not been filed, and we have had no communication from Ms. Kelly.

We therefore **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeal, whether appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order. Once the findings and recommendations have been filed, the Court will take whatever action it deems appropriate to ensure appellant's rights are protected, which may include initiating contempt proceedings against counsel or filing a grievance and referring this matter to the State Bar of Texas Commission for Lawyer Discipline for further proceedings.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jeffrey Rosenfield, Presiding Judge, County Criminal Court of Appeal No. 2; to Rosalind Kelly; and to the Dallas County District Attorney's Office.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     ADA BROWN
JUSTICE